IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SCOTT R. KIMBALL**,

        Plaintiff,

  v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

        Defendant.

_____

Civil No. 09-6251-PK

O R D E R

    Kathryn Tassinari
    Robert A. Baron
    Harder, Well, Baron & Manning, P.C.
    474 Willamette, Suite 200
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    Dwight C. Holton
    United States Attorney
    District of Oregon

Page 1 - ORDER

Adrian L. Brown
Assistant United States Attorney
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

Kathryn Ann Miller
Leisa A. Wolf
Social Security Administration
Office of General Counsel
701 5th Avenue, Suite 2900, M/S 901
Seattle, Washington 98104

      Attorneys for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on September 15, 2010. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation dated September 15, 2010 (#17) in its entirety.

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED. This action is REMANDED to the Commissioner under sentence four of 42 § USC 405(g) for

rehearing. For the period from September 2004 forward, the Commissioner must begin with step two and complete the five-step process.

DATED this   13th   day of October, 2010.


                                      /s/ Garr M. King
                                         GARR M. KING
                                   United States District Judge