IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT R. KIMBALL,                               3:09-CV-06251-PK

        Plaintiff,                          ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

BROWN, Judge.

    Magistrate Judge Paul Papak issued Findings and Recommendation (#30) on October 16, 2012, in which he recommends this Court grant Plaintiff's Motion (#26) for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b) and award Plaintiff's counsel $18,753 in attorney's fees under § 406(b) less the EAJA fees of $7,834.78 previously awarded to Plaintiff's counsel for a total award of $10,918.22 in attorney's fees under § 406(b).  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). See also United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#30). Accordingly, the Court **GRANTS** Plaintiff's Motion (#26) for Approval of Attorney Fees Pursuant to 42 U.S.C. § 406(b) and **AWARDS** Plaintiff's counsel $18,753 in attorney's fees under § 406(b) less the EAJA fees of $7,834.78 previously awarded for a total award of $10,918.22 in attorney's fees under § 406(b).

IT IS SO ORDERED.

DATED this 21st day of November, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER